■ MONIKA O'BRIEN et al., Respondents-Appellants, v THERESA A. LOMBARDO, Appellant-Respondent. [896 NYS2d 705]— Appeal and cross appeal from an order of the Supreme Court, Monroe County (Harold L. Galloway, J.), entered July 1, 2009 in a personal injury action. The order granted in part and denied in part the motion of defendant for summary judgment and the cross motion of plaintiffs for partial summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, Lindley, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEREMY LUSCHER, Appellant. [896 NYS2d 276]—Appeal from a judgment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered November 18, 2008. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Lindley and Sconiers, JJ.